IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WESTERN STATES CARPENTERS HEALTH AND WELFARE TRUST,<br><br>Plaintiff,<br>v.<br><br>PROFESSIONAL LATH AND PLASTER LLC,<br><br>Defendant. | Case No.: 3:25-cv-02289-SB<br><br>ORDER |

**Adrienne Nelson, District Judge:**

United States Magistrate Judge Stacie F. Beckerman issued a Findings and Recommendation ("F&R") in this case on May 11, 2026. Judge Beckerman recommended that the Court grant plaintiff's motion for default judgment and enter plaintiff's proposed order and default judgment. No party has filed objections. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). No standard of review is prescribed for portions of the report for which no objections are filed, and no review is required in the absence of objections. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc). A district court judge is not, however, precluded from reviewing the report sua sponte under a de novo, or any other, standard. *Thomas*, 474 U.S. at 154; *Decker v. Berryhill*, 856 F.3d 659, 663 (9th Cir. 2017). Courts in this district have followed the Advisory Committee's recommendation that, when no timely objection is filed, findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Because no party in this case has made objections, this Court reviews the F&R for clear error on

the face of the record. Finding no such error, the Court ADOPTS the F&R, ECF 13. Plaintiff's motion for default judgment, ECF 10, is GRANTED. Judgment shall follow.

IT IS SO ORDERED.

DATED this 27th day of October, 2026.

Adrienne Nelson
United States District Judge